KAMALA D. HARRIS
Attorney General of California
DANE R. GILLETTE
Chief Assistant Attorney General
SUSAN SULLIVAN PITHEY
Supervising Deputy Attorney General
DAVID ZARMI
Deputy Attorney General
State Bar No. 245636
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 576-1336
  Fax:  (213) 897-6496
  E-mail:  DocketingLAAWT@doj.ca.gov
*Attorneys for Respondent*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **EARL ARTHUR LEE,** | CV 11-6739-ODW (OP) |
| Petitioner, | **ORDER** |
| **v.** | |
| **TIM VIRGA, WARDEN, ET AL.,** | |
| Respondents. | |

Having considered Respondent's Application for a First Enlargement of Time, and good cause appearing, **IT IS HEREBY ORDERED** that the Application is GRANTED and that Respondent is granted until October 31, 2011, to file a Motion to Dismiss, and November 15, 2011, to file an Answer.  The Court's original Order filed on September 1, 2011, otherwise remains in effect.

Dated:  9/2811

_____

Honorable Oswald Parada
United States Magistrate Judge

LA2011504051