1

2

3 O

4

5

6

7

8 UNITED STATES DISTRICT COURT

9 CENTRAL DISTRICT OF CALIFORNIA

10

11 EARL ARTHUR LEE,                     )    Case No. CV 11-6739-ODW (OP)
                                       )
12                      Petitioner,    )    ORDER ACCEPTING FINDINGS,
               v.                      )    CONCLUSIONS, AND
                                       )    RECOMMENDATIONS OF
13                                     )    UNITED STATES MAGISTRATE
                                       )    JUDGE
14 TIM VIRGA, Warden,                  )
                                       )
15                                     )
                       Respondent.     )
16                                     )

17        Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on

18 file, the Report and Recommendation of the United States Magistrate Judge, and

19 Petitioner's Objections thereto.  The Court has engaged in a de novo review of those

20 portions of the Report and Recommendation to which Petitioner has objected.  The

21 Court accepts the findings and recommendations of the Magistrate Judge,

22 / / /

23 / / /

24 / / /

25

26

27

28

1    IT IS ORDERED that Judgment be entered: (1) accepting this Report and

2  Recommendation; and (2) directing that Judgment be entered denying the Petition and

3  dismissing this action with prejudice.

4

5

6  DATED: November 27, 2012

7                                    HONORABLE OTIS D. WRIGHT, II.
                                     United States District Judge
8

9

10  Prepared by:

11

12  _____
    HONORABLE OSWALD PARADA
13  United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    2